# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARVIN CRAIG,**
Appellant,

v.

**DOROTHY SMITH,**
Appellee.

No. 4D18-3212

[January 8, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael G. Kaplan, Judge; L.T. Case No. 062018DR007142AXDVCE.

Marvin Craig, Fort Lauderdale, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Ricketts v. Ricketts,* 790 So. 2d 1265 (Fla. 5th DCA 2001).

TAYLOR, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***